EXHIBIT 1 PLACE HOLDER

ELECTRONIC MEDIA

YouTube Video Link

https://www.youtube.com/live/hVJG_EBhttps://www.youtube.com/live/hVJG_EBiQ1w?si=IzSc5sueFGZ2dV2niQ1w?si=IzSc5sueFGZ2dV2n