EXHIBIT 2 PLACE HOLDER

ELECTRONIC MEDIA

CELL PHONE VIDEO