EXHIBIT 3 PLACE HOLDER

ELECTRONIC MEDIA

COUNCIL CHAMBERS VIDEO 1

(NO AUDIO)