EXHIBIT 4 PLACE HOLDER

ELECTRONIC MEDIA

COUNCIL CHAMBERS VIDEO 2

(NO AUDIO)