EXHIBIT 5 PLACE HOLDER

ELECTRONIC MEDIA

LOBBY OVERHEAD VIDEO 1

(NO AUDIO)