EXHIBIT 6 PLACE HOLDER

ELECTRONIC MEDIA

LOBBY OVERHEAD VIDEO 2

(NO AUDIO)