EXHIBIT 7 PLACE HOLDER

ELECTRONIC MEDIA

EXTERIOR VIDEO

(NO AUDIO)