ORDINANCE NO. 387.2023

AMENDED AND RESTATED ORDINANCE BY KERSHAW COUNTY COUNCIL
DETERMINING RULES AND ORDER OF BUSINESS

ARTICLE I. PURPOSE AND AUTHORITY

**Section 1.1 Purpose**

The purpose for this ordinance is for Kershaw County Council ("County Council" or "Council") to adopt and determine its own rules and order of business pursuant to Section 4-9-110 of the South Carolina Code of Laws.

This ordinance amends and restates the ordinance of Kershaw County Council Determining Rules and Order of Business.

ARTICLE II. AGENDA

**Section 2.1 Council Meeting**

County Council meetings shall be scheduled and special meetings called as provided in Section 4-9-110 of the South Carolina Code of Laws.

County Council meetings shall be held and conducted in accordance with the South Carolina Freedom of Information Act and the South Carolina Home Rule Act and in accordance with the general law of the State of South Carolina affecting meetings of public bodies.

**Section 2.2 Preparation of Agenda**

The County Administrator and Clerk to County Council shall prepare a proposed agenda which shall be published by 4:00 p.m. on Friday preceding the next scheduled County Council meeting. Matters to be placed on the agenda shall be submitted to the Clerk to Council no later than 1:00 p.m. on Thursday preceding the next scheduled County Council meeting.

For special meetings, the agenda shall be published at least twenty-four (24) hours prior to the meeting.

**Section 2.3 Members of County Council placing matters on the agenda**

County Council members can place proposed matters on the agenda (subject to Section 5.1(b)) by providing the agenda item to the County Administrator and Clerk to County Council by 1:00 p.m. on Thursday preceding the next regular scheduled Council meeting at which County Council will vote on or take action on any matter coming before County Council together with supporting documentation. Matters placed on the agenda by a County Council member shall bear the name of that County Council member.

The proposed agenda shall be reviewed by the Chairperson prior to publishing of the agenda, and approved by the Chairperson as being compliant with these rules.

For special meetings the proposed Agenda with supporting documentation shall be provided at least twenty-four (24) hours prior to the meeting.

**Section 2.4 Matters to be placed on the agenda**

Matters to be placed on the agenda shall include matters to be considered by County Council for enactment, approval, or execution, for consideration, or for information pursuant to County Council's authority or to serve the public need, or for action pursuant to County Council's statutory authority or jurisdiction.

**Section 2.5 Order of business**

    a.    The form of the agenda

The form of the agenda shall be as follows:

1. Call to Order
2. Invocation
3. Pledge of Allegiance
4. Adoption of Agenda
5. Proclamations
6. Public Comments
7. Public Hearings
8. Public Presentations
9. Approval of Minutes
10. Discussion
11. Ordinances
12. Resolutions
13. New Business
14. Council Briefings
15. Administrator's Briefings
16. Legal Briefings
17. Future Agenda Items
18. Executive Session
19. Adjournment

    b.    Adoption of agenda

The agenda shall be adopted by Council. Deletions at adoption can be made by majority vote. Additions to the agenda at adoption require a vote of two-thirds and items can be added at adoption only in case of emergency or deadline considerations that are exigent circumstances. The order of business on the agenda may be varied if required by the Chairperson.

c. Motions to reconsider a matter already decided must be made at the next meeting of Council as an agenda item, in the manner provided for by Section 2.2 and Section 2.3, and the motion must be made by a member on the prevailing side of the prior matter.

d. Rules of conduct for Public Comment and rules of conduct for Public Hearings may be established by County Council and altered or amended by County Council by a single vote.

e. Ordinances can be read in title only at first reading as agenda items.

f. Proclamations by County Council honoring a person or persons or an event or a matter of public interest as an agenda item are limited to no more than two per meeting.

g. Proclamations may be issued (not as an agenda item and not during the council meeting) by individual council members under the council member's name. Other council members may also join in the proclamation if desired. Issuance of proclamations under this provision (not as an agenda item) may be issued in the Council Chamber.

## ARTICLE III. KERSHAW COUNTY ANNUAL BUDGET ORDINANCE AND APPROPRIATION AND EXPENDITURE OF FUNDS

### Section 3.1 Budget Ordinance and Millage Ordinance

a. The proposed schedule for adoption of the Kershaw County Annual Budget (and any Supplemental Appropriation Budget Ordinance) shall be set by Council no later than the first scheduled meeting in April. The schedule can be amended or altered by subsequent vote of Council.

b. Proposed amendments to the Kershaw County Budget Ordinance (the "Annual Budget") subsequent to first reading in title only shall be made as follows:

1) On second reading, proposed amendments shall be made either verbally or by written motion. Verbal motions shall state with particularity the proposed budget amendment and provide the source of funding for such expenditure. Written motions shall be submitted as an agenda item pursuant to Section 2.2 or Section 2.3. Amendments must state source of funding.

2) On third reading, proposed amendments may only be made in writing and shall be submitted as an agenda item pursuant to Section 2.2 or Section 2.3.

3) Motions to transfer funds appropriated in the Annual Budget for purposes other than specified in such Annual Budget shall be by motion as submitted as an agenda item pursuant to Section 2.2 or Section 2.3.

c. The Millage Ordinance for Kershaw County millage shall be enacted no later than the council meeting at which the Kershaw County Annual Budget is enacted.

# ARTICLE IV. SELECTION OF COUNTY COUNCIL OFFICERS

**Section 4.1 Officers to be selected by County Council.**

Pursuant to Section 4-9-110 of the South Carolina Code of Laws, County Council shall designate the following officers:

**Section 4.2 Chairperson**

Chairperson: The Chairperson is elected at large as a separate office and presides at all meetings of County Council, preserves order and decorum at all meetings, and states every question, where applicable, coming before County Council. The Chairperson of Kershaw County Council shall pursuant to the rules when a vote is called and taken on any motion or matter before Council require a show of hands of those member(s) voting for the matter and a show of hands of those member(s) voting opposed to the matter and shall state for the record each council member(s) voting for the matter and each council member(s) voting against the matter which shall be stated in the minutes of county council. When a member abstains and does not vote the member shall state the reason why the council member abstained.

The Chairperson shall preside at all regular and special meetings of the County Council, and may vary the order of business on the agenda.

The Chairperson shall, and when required, execute, on behalf of County Council, all ordinances, resolutions, directives, bonds, and other official instruments or documents as required by County Council.

As to honorary proclamations and resolutions as to an event(s), organization(s) or person(s) or statement(s) of expression the sponsoring council member may indicate support by executing and other and other council members may executed including the council members' support.

The Chairperson acts as parliamentarian and rules on parliamentary and procedural issues while presiding at meetings and rules on points of order and delineates points of order. When a challenge is made as to the ruling by the chair and after an explanation if required is made as to the challenge of a ruling by the chair, and after the chair rules on the point of order made, then any appeal from the ruling by the chair is debatable subsequent to which council votes on the appeal with the chair breaking a tie.

The Chairperson shall disseminate to members of County Council pertinent correspondence that requests action by County Council.

**Section 4.3 Vice-chairperson**

Vice-chairperson: At a meeting in January following each general election, the County Council shall select one (1) of its members to serve as Vice-chairperson for a two-year term. In the event the Chairperson shall be temporarily absent or unable to serve, the Vice-chairperson shall serve as Chairperson in the Chairperson's stead. When the Chairperson shall be temporarily absent or unable to serve, the Vice-chairperson shall, when required, execute, on behalf of County Council, all ordinances, resolutions, directives, bonds, and other official instruments or documents as required by County Council.

## ARTICLE V. COMMITTEES

**Section 5.1 Committees of County Council**

    a.    Committees of Kershaw County Council (other than Ad Hoc Committees – Section 5.2) shall be created by County Council as provided in this ordinance.

    b.    Finance Committee:

    1.    The Finance Committee shall consist of three Council members appointed by County Council for two-year terms in January subsequent to the general election.

    2.    The Chairperson of the Finance Committee shall be appointed by the Chairperson of County Council.

    3.    The Chairperson of County Council shall serve as an ex-officio member of the Finance Committee and may participate in discussions but shall not vote on matters of the committee and shall not be a part of the quorum of the committee.

    4.    The Finance Committee is subject to the South Carolina Freedom of Information Act. The Finance Committee may adopt rules and order of business.

    5.    The Clerk to Council shall act as the Clerk to the Finance Committee.

    6.    The County Administrator will assist the Finance Committee as required.

    7.    Recommendations from the Finance Committee to County Council for official action shall be by written recommendation as a County Council agenda item.

    8.    The appropriation(s) and expenditure(s) of funds shall first be submitted to the Finance Committee for consideration and a recommendation to County Council.

    9.    The Finance Committee will first consider the Annual Budget and recommend to Council a proposed budget prior to second reading of the budget. The recommendation of the Finance Committee must be provided to County Council as an agenda item under New Business (at least one council meeting prior to the scheduled second reading of the Kershaw County Budget Ordinance). After the proposed Annual Budget has been recommended by the Finance Committee and placed on the agenda for Second Reading (or in the event of no timely recommendations) the budget is then subject to proposed amendments (including the amount and purpose of the expenditure and source of funding) by motions of Council members as provided for in Section 3.1.b or by administrative proposals.

    10.    Council members may submit matters to the Finance Committee for consideration and recommendations to Council. If a matter is submitted to the Finance Committee for consideration by a Council member, the Finance Committee shall make its recommendation to Council within fourteen (14) days of submission of the matter by the Council member. If no recommendation is made to Council as to the matter submitted fourteen (14) days, the matter can be placed on the agenda by the council member.

11. Council members may submit proposed matters to the Finance Committee for inclusion in the recommended Annual Budget to Council but it is in the discretion of the Finance Committee whether to include such proposal in the recommended Annual Budget. Council members may propose amendments to the proposed Annual Budget as agenda items as provided in Section 5.1.(b)(9)

12. Members of the Finance Committee may attend committee meetings by electronic equipment so long as a quorum is physically present at the meeting.

### Section 5.2 Ad Hoc Committees

Ad Hoc Committees that use county staff or facilities and deal with matters for submission or recommendation to Council may be created only by the Chairperson of the Kershaw County Council.

Ad Hoc Committees of Kershaw County Council created by the Chairperson of the Kershaw County Council shall be for a specified task and limited purpose and for a limited duration specified at the creation of the committee.

All appointments to Ad Hoc Committees created by and established by the Chairperson of the Kershaw County Council shall be made by the Chairperson of the Kershaw County Council.

Ad Hoc Committees may make recommendations to Council.

## ARTICLE VI. APPOINTMENTS BY KERSHAW COUNTY COUNCIL TO BOARDS, COMMISSIONS, AND COMMITTEES AND NAMING COUNTY PROPERTY AND HONORARIUMS

### Section 6.1 Appointments by County Council to Boards, Commissions, and Committees

Appointments by County Council to boards, commissions, or committees provided by state law, provided by Kershaw County Code or provided by action of County Council, shall be made by County Council for the term specified.

### Section 6.2 Notification of appointments

The County Administrator and the Clerk to Kershaw County Council shall notify the County Council in the agenda of pending appointments or vacancies caused by resignation or expiration of terms.

Notification of appointments to be made shall be placed in the agenda under Future Agenda Items at least one regularly scheduled meeting prior to placement of the appointment on the agenda under Appointments.

### Section 6.3 Identification of candidates

Persons desiring to be appointed shall submit their application as designated by the County Administrator which shall be contained in the agenda package together with any other persons proposed by any member of Kershaw County Council or any recommendation from the boards, commissions, or

committee for which appointments are to be made. Members of Kershaw County Council need not submit an application to be eligible for appointment where otherwise eligible.

### Section 6.4 Eligibility for appointment

No person shall be eligible for appointment to a board, commission, or committee unless his/her name is proposed by application, by request of a County council member, or proposed by the board commission or committee and the person's application is placed in the agenda package for consideration of County Council prior to appointment.

### Section 6.5 Prior Appointments

Appointments made by Kershaw County Council for committees and officers provided for in this ordinance during 2009 and prior to the effective date hereunder are ratified and confirmed.

### Section 6.6 Naming of county property and displays of honorariums

Only County Council, by express action and approval of County Council, can name County property or buildings and only County Council, by express action and approval, can permit the display of honorariums on or in County property or buildings including names, plaques, or portraits.

### Section 6.7 Attendance at Council Meetings by Members by Electronic Equipment, Public Comments by Electronic Equipment, and Comments at Public Hearings by Electronic Equipment

1. Attendance by members at Council meetings by electronic equipment. County Council members may attend County Council meetings remotely by electronic equipment so long as and for long as a positive majority of Council members are physically present at the meeting.
2. Subject to the rules established by Council, public comments are allowed by electronic equipment.
3. Subject to the rules established by Council, comments for public hearings are allowed by electronic equipment.
4. Rules as to Council public comments by electronic equipment and rules as to Council comments for public hearings by electronic equipment are attached as Appendix III. These rules may be changed or altered by County Council by a single vote.
5. County Council meetings will continue to be live streamed where available and will continue to be accessible to the public live streamed in real time via the County's Facebook page and/or YouTube.

### Section 6.8 Repeal of inconsistent county ordinance or policies

All previous ordinances, policies, or resolutions of Kershaw County to the extent the ordinance or policy is inconsistent with the matters contained herein are repealed.

**Section 6.9 Effective Date**

This ordinance is effective upon third reading.

KERSHAW COUNTY COUNCIL

By: *Kaitlyn Guinn* (signature)
Kaitlyn Guinn
Its:   Chairperson

ATTEST:

_____
Clerk to County Council

First Reading:   1-10-23
Second Reading: 1-12-23
Third Reading:  1-24-23

# APPENDIX I

## PUBLIC HEARING GUIDELINES

Rules as to Public Hearings

1. Prior to the public hearing persons wishing to speak should sign up to speak.
2. Immediately prior to the public hearing, it shall be announced that persons wishing to speak must identify that they wish to speak.
3. When the public hearing is opened, that persons be notified as to how many people have signed up, and identified, and in what order.
4. Persons will speak in the order in which they signed up, and identified, and in the order they have identified themselves as wishing to speak.
5. Each person can speak a maximum of ten minutes.
6. Comments at public hearings should be germane to the matter subject to the public hearing which should be liberally construed.

These rules may be altered or amended by County Council by a single vote – including, but not limited to, when the agenda item is reached.

# APPENDIX II

## PUBLIC PRESENTATION GUIDELINES

Rules as to Public Presentations

These rules may be varied by county council by a single vote at the time of the presentation.

1. A "public presentation" as an agenda item is limited to non-governmental organizations that wish to make requests or present information to County Council involving matters which are within the purview or statutory scope of County Council's authority.
2. A public presentation is limited to no more than three per meeting. The maximum time allotted for a public presentation is 20 minutes. No action is taken by County Council as a result of a public presentation.
3. Governmental entities, agencies of Kershaw County, or boards of Kershaw County can likewise present a public presentation as an agenda item. Governmental entities, agencies of Kershaw County, or boards of Kershaw County or entities that have a contractual relationship with Kershaw County can likewise request to be put on the agenda under New Business.
4. A request to be put on the agenda as a public presentation, or new business (if applicable) shall be accompanied by a written request which shall state the nature of the public presentation and the substantive content of the proposed presentation.
5. Individuals or representatives of organizations that wish to express concerns to County Council or to comment as to public matters are more appropriate to present their concerns or comments during the "public comment" section on the Council agenda.

These rules may be altered or amended by County Council by a single vote – including, but not limited to, when the agenda item is reached.

# APPENDIX III

## PUBLIC COMMENT GUIDELINES

1. Public Comment:
    - is an opportunity for members of the public to share information with Council
    - is not a time for debate with or questions and answers from Council
    - is a time for Council to receive input
    - is not a time for Council response
   
   In short, during Public Comment Council will listen to public comment, but not comment on public comment.
2. Offensive and inappropriate comments will not be tolerated.
3. If a group would like to speak to Council, we request that a spokesperson be selected and that this person indicate the group he/she is representing on the sign-up sheet and in his/her comments.
4. Public comment is a time to discuss issues.
5. Public comment period is limited to 5 minutes maximum allowed per individual speaker.
6. Public Comments to Council as an agenda item shall continue uninterrupted to be live streamed by audio and video (where available) until the Public Comments agenda item is finished and concluded.