I'm back. I know I haven't been here in a few months; I've had to travel for work. A lot has happened while I've been gone:

- Russell, it appears you have finally grown a pair and started to stand up for your constituents, I'm proud of you for that, but based on your comments last month I see I have to remind you about the rights we citizens have when addressing this council during public comment.
- I will be using words today that some consider vulgar. These are just words and their unappealing nature helps to convey how angry we are at what you are doing to us. I will not stop using words that some consider vulgar until this council stops doing things that we consider vulgar because using a vulgar word is much less devastating than performing a vulgar act
- Please note that the more you interrupt me the longer this will take, and if you decide to turn off the microphone at any point the video I am recording will be available to the public on YouTube and Facebook, and probably a few other places.
- So, here we go:
- In accordance with judicial history, the public comment portion of the meeting makes this area a limited public forum. When the government opens a public forum, it is generally subject to the same free speech standards as a traditional public forum. As a limited public forum, you **CAN** restrict access to certain speakers and topics, but these restrictions must be reasonable and content-neutral, and even those restrictions face a high constitutional hurdle and are subject to strict scrutiny, the highest form of judicial review.
- I have had discussions with lawyers and they recommend that any comments be restricted to topics that the public has the right to be informed about, such as the backroom bullshit you snuck into the budget at the last minute using shady tactics like letting a non-resident vote on it... yeah, we know that David had already moved out of Kershaw County and the address he gave was his mother's since he had already moved up to Greenville, by his own admission on video recorded at his new church up there prior to that vote, so the budget should be nullified because it was illegally "passed" and members of this county are being taxed without representation.
- Anyway, while they recommended comments be restricted to that, the lawyers confirmed that we could legally say anything here that we could say on the side of the road as long as we don't threaten anyone. That means we can legally say any vulgar thing we feel appropriate during our public comments. We can also speak as long as we want to because you have proven that your time restrictions are content based and not content neutral. Maybe that will change after Julian finally goes away, but I don't have high hopes for this council.
- Several members of this council keep bringing up the respect allegedly due this body. Some keep bringing up religion in various ways. Some of you have straight up said we should treat this room like a church. While I am not a Christian, Baptist, Muslim, or anything else that worships any deities, I cannot understand how any god-fearing person can accept these statements from anyone here. You are saying we should treat you with the same respect one has for their priests, pastors, imams, whatever. You are insinuating that you are operating with your god's authority. What does your god say about stealing from the less fortunate? I'm pretty sure your gods say you should help the less fortunate, not do your best to increase your own lot in life by taking from them what is theirs.
- While I admit I do not worship any deity, I know most of the founders were religious, but I also know some of them weren't. They did their best to remove their gods from the political equation and tried to separate church and state so that people like me are free to worship, or not worship, as they believed. By you bringing up your god here you are forcing me to be a part of it. I am not offended by others practicing their religion on their own time. I am not offended by others placing signs of their beliefs on their own property. I **AM** offended when others try to force me to treat them with the respect they think should be given to leaders of their church. Stop it, it doesn't belong here.
- For the respect you think you should be given... how about you try earning that respect. Shit, I didn't respect my father just because he was my father. I won't go into great details about my childhood here, but I moved out of my house when I was 16 and finished high school living in my car that I bought and insured with my own money because he and I didn't get along. I forgave him before he died when I was in my late 20s because he apologized for all he had done, but that alone didn't earn my respect. Enough about that, you must earn respect because just like anything else in life, if it's not earned its not worth a damn thing.

Now to the content that I really want to get to, the things you did while I was gone:

- You passed a budget with a lot of last-minute bullshit shoved in there so that the citizens didn't have a chance to let you know we opposed it. I've already covered how illegal that vote is due to a non-resident being allowed to vote on it. It should be nullified immediately.
- I think it's cute that Sammie had added the Hospitality Tax, also known as the H-TAX, to the agenda for the July 12th meeting that would have further increased taxes on everyone in Kershaw County but chose to remove it at that meeting. You said

you removed it by prerogative because things are added and removed all the time, but we **ALL** know that you removed it because there were too many citizens present and you were terrified of the backlash you'd have gotten with so many citizens present. I **AM** upset that all of you voted to remove it from the agenda. I wish you had forced a vote on it so the citizens would have gotten an answer about who you really are while they were there and you couldn't expect it to be ignored like all the other bullshit passed at unattended council meetings...

- I think it's disgusting that at the August 9th meeting Julian was trying to say how great it was that the millage increase was less than necessary for the first time in 30 years or some nonsense like that. How can anyone agree that an increase can really be less? Any increase, no matter how small, is never going to be less. You say you managed to cut the budget by half, but how is that possible when all around taxation is up? If you had cut the budget in half, wouldn't that mean that less taxes were required? Good job playing with words to confuse everyone Julian, but you're still liars stealing even more money from citizens to pay for your pet projects.
    - I've had another question for quite a while that I think is related to the pet projects thing. How in the hell can a county be considered an All-America City? Kershaw County is not a city. The residents of rural Kershaw County do not want rural Kershaw County to be considered a city. We live in rural areas because we want rural areas. Who did you have to bribe to get the committee that designates All America Cities to consider our county a city?
- Anyway, there's a great saying, I have no idea who said it first, that says, "Don't ask the government to fix problems it created." Gentlemen, I'm not asking you to fix anything, I'm telling you to stop breaking it. Get out of the way and let people live their lives without stealing their hard-earned money and you will be surprised what can happen. If you haven't read the book The 5,000 Year Leap, you should. Humanity was relatively unchanged for all of recorded history until these American colonies kicked British ass and secured their Liberty. The amount of progress in the next 125 years was incredible, then communism started worming its way in. That is what you are supporting by increasing taxation and doing things "for the public good." Stop it. Let individual citizens work on what's good for themselves and you'll see that a person making their own life better in turn makes several other lives better by supporting a business by buying their goods which supports the employees needed to deliver those products.
- I made a comment earlier about the unattended council meetings... While preparing for tonight I reviewed meetings going back to the beginning of this year and the average viewership of the videos is around 1,600. That's a lot higher than I expected, but June, July, and August are a large part of the reason the views are over 1,000; is it a coincidence that that's when the budget was being discussed publicly?
- That seems like good viewership to some, hell, Julian even brags about the number of views on a regular basis, but even if those numbers were for each individual viewer, then add in the dozen or so citizens that might show up at each regular meeting, we are talking 3.2% of the county's population over 18 years old. That's not a high percentage.
- Turn to audience – Don't let these elected dirtbags scare you. They are our employees, not our rulers nor our gods. Please come in here and let them know how you feel about them and their bullshit that negatively affects you and your family. I know it's hard to get in here for these meetings at 5:30 when everyone is on their way home from work or feeding their families. I am fortunate enough that I can usually make it, but I am only one voice, we need to raise our collective voice so these employees can't ignore us.
- People, they are counting on you not paying attention to what they do. Forget national level politics, pay little attention to state politics, you **CAN** stop this bullshit at the local level. Force these "servants" to actually serve **US**, not themselves or their friends. They are supposed to work for us, not the other way around. It's time we remind them of this. I know we voted and Julian is gone, David is finally gone, Tommie finally decided to retire from politics, and Ben is probably going to be elected to the state house... personally I think that a politician running for a higher office should be forced to vacate their current seat so that someone else will be voted in to cover it, but that's another tangent. Anyway, we still need to get the rest of them, and their replacements, under **OUR** control, **NOT** the other way around.
- Don't let them threaten you with being escorted out or jail time for speaking your mind here. If you are not threatening them, they have no legal authority to do those things because they have set the precedent. I've been threatened with these things by members of this council before, and I'm still here. I'm no longer walking out or shutting up until I'm done saying what I need to say, you shouldn't either.