Rev. 06/2014

# UNIFORM TRAFFIC TICKET
## STATE OF SOUTH CAROLINA
## VERSUS

**VIOLATOR**

| FIRST NAME | MIDDLE NAME | LAST NAME |
|---|---|---|
| Mark | | Roote |

| STREET | | | |
|---|---|---|---|
| REDACTED - Personal Identifier | | | |
| CITY | | STATE | ZIP CODE |
| Camden | | SC | 29020 |

CITY/COUNTY OF: Kershaw

**VEHICLE**

| VEH. LIC. NO. | | | AUTO | BICYCLE | COMM | COMM VEH |
|---|---|---|---|---|---|---|
| | | | HAZ. MT. | MOPED | M/CYCL | PEDESTRIAN | OTHER |

| VEHICLE OWNER FIRST NAME | MIDDLE NAME | LAST NAME |
|---|---|---|
| / | / | / |

| OWNER STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|

## YOU ARE SUMMONED TO APPEAR BEFORE THE TRIAL COURT

**TRIAL COURT**

| NAME OF TRIAL COURT | STREET |
|---|---|
| GS | 1121 Broad St |

| DATE OF TRIAL | TIME OF TRIAL | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 12 6 22 | 9 AM | Camden | SC | 29020 |

**VIOLATION**

| VIOLATION SECTION NO. | VIOLATION - COURT APPEARANCE REQUIRED YES NO |
|---|---|
| 16-9-320 | Resisting Arrest |

| DATE OF VIOLATION | TIME OF VIOL. | SC POINTS | B.A. LEVEL |
|---|---|---|---|
| 10 11 22 | 6:13 PM | | |

| VIOLATION LOCATION | COUNTY |
|---|---|
| 515 Walnut St Camden SC 29020 | Kershaw |

| LAT | LONG | CITY |
|---|---|---|
| 34.24850 | -80.60683 | Camden |

**OFFICER**

| NAME AND RANK OF ARRESTING OFFICER | SCCJA OFFICER NUMBER |
|---|---|
| Sheriff Boan | 2587-2730 |

**ARREST**

| BAIL DEPOSITED | DATE OF ARREST | BOND AMOUNT REQUESTED |
|---|---|---|
| Jail | 10 11 22 | |

INCIDENT NO.: 2022-34173

AGENCY/TROOP: 1

### PRESENT THIS SUMMONS TO THE TRIAL COURT SHOWN ABOVE

BE SURE YOU UNDERSTAND FROM THE ARRESTING OFFICER THE EXACT TIME AND BEFORE WHOM YOU ARE TO APPEAR. IF THIS TICKET IS WRITTEN FOR A TRAFFIC VIOLATION AND YOU FORFEIT BAIL, PLEAD GUILTY OR NOLO CONTENDERE, OR ARE CONVICTED AFTER A TRIAL, THIS VIOLATION WILL BE PLACED AGAINST YOUR DRIVING RECORD, OR FORWARDED TO YOUR HOME STATE. POINTS FOR OUT OF STATE VIOLATOR WILL BE ASSESSED BY YOUR HOME STATE LICENSING AUTHORITY AND MAY DIFFER FROM STATE TO STATE. FAILURE TO COMPLY WITH THE TERMS OF THIS SUMMONS MAY RESULT IN THE SUSPENSION OF YOUR DRIVER'S LICENSE BY YOUR HOME STATE. YOU ARE REQUIRED BY LAW TO APPEAR IN COURT FOR CERTAIN OFFENSES.

SEE IMPORTANT INFORMATION ON THE REVERSE SIDE OF THIS TICKET.

**VIOLATOR'S COPY**     TICKET # **5102P0660894**

# UNIFORM TRAFFIC TICKET
## STATE OF SOUTH CAROLINA
### VERSUS

**CITY/COUNTY OF:** Kershaw

| FIRST NAME | MIDDLE NAME | LAST NAME |
|---|---|---|
| Mark | | Roote |

**VIOLATOR — STREET:** REDACTED - Personal Identifier

**VEHICLE TYPE:** (AUTO / BICYCLE / COMB / COMM. VEH. / MOPED / MTRCYCL / PEDESTRIAN / OTHER) — checked: PEDESTRIAN

| VEHICLE OWNER FIRST NAME | MIDDLE NAME | LAST NAME |
|---|---|---|
| — | — | — |

| OWNER STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| — | — | — | — |

## YOU ARE SUMMONED TO APPEAR BEFORE THE TRIAL COURT

| NAME OF TRIAL COURT | STREET |
|---|---|
| Magistrate | 1121 Broad St |

| DATE OF TRIAL | TIME OF TRIAL | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 11/2/22 | 9:30 AM | Camden | SC | 29020 |

| VIOLATION SECTION NO. | VIOLATION — COURT APPEARANCE REQUIRED YES NO |
|---|---|
| 16-17-530 | PDC |

| DATE OF VIOLATION | TIME OF VIOL. | SC POINTS | B.A. LEVEL |
|---|---|---|---|
| 10/11/22 | 6:13 PM | 86 | — |

| VIOLATION LOCATION | COUNTY |
|---|---|
| 515 Walnut St Camden SC 29020 | Kershaw |

| LAT | LONG | CITY |
|---|---|---|
| 34.24850 | -80.60683 | Camden |

| NAME AND RANK OF ARRESTING OFFICER | SCCJA OFFICER NUMBER |
|---|---|
| Sheriff Boan | 2587-2730 |

| BAIL DEPOSITED | DATE OF ARREST | BOND AMOUNT REQUESTED |
|---|---|---|
| Jail | 10/11/22 | |

**INCIDENT NO.:** 2022-3473

### PRESENT THIS SUMMONS TO THE TRIAL COURT SHOWN ABOVE

BE SURE YOU UNDERSTAND FROM THE ARRESTING OFFICER THE EXACT TIME AND BEFORE WHOM YOU ARE TO APPEAR. IF THIS TICKET IS WRITTEN FOR A TRAFFIC VIOLATION AND YOU FORFEIT BAIL, PLEAD GUILTY OR NOLO CONTENDERE, OR ARE CONVICTED AFTER A TRIAL, THIS VIOLATION WILL BE PLACED AGAINST YOUR DRIVING RECORD, OR FORWARDED TO YOUR HOME STATE. POINTS FOR OUT OF STATE VIOLATOR WILL BE ASSESSED BY YOUR HOME STATE LICENSING AUTHORITY AND MAY DIFFER FROM STATE TO STATE. FAILURE TO COMPLY WITH THE TERMS OF THIS SUMMONS MAY RESULT IN THE SUSPENSION OF YOUR DRIVER'S LICENSE BY YOUR HOME STATE. YOU ARE REQUIRED BY LAW TO APPEAR IN COURT FOR CERTAIN OFFENSES.

SEE IMPORTANT INFORMATION ON THE REVERSE SIDE OF THIS TICKET.

**VIOLATOR'S COPY**        **TICKET# 5102P0660893**

STATE OF SOUTH CAROLINA  
COUNTY OF KERSHAW

State of South Carolina  
Plaintiff,  
- vs -  
ROOTE, MARK  
REDACTED - Personal Identifier

CAMDEN, SC 29020  
Defendant

Probable Cause - Legal Heading Second Line  
Probable Cause - Legal Heading Third Line

FILED FOR RECORD 2022 OCT 12 PM 1:42  
JANET C. HASTY  
CLERK OF COURT  
KERSHAW COUNTY, S.C.

**ROOTE, MARK**  
has been arrested and charged with:  
  16-17-530 - PUBLIC DISORDERLY CONDUCT  
  16-9-320 - RESISTING ARREST

**Probable cause for this arrest is as follows:**  
M R was providing public comments during the County Council Meeting. He was using profanity and his time was up when Chairman Burns cut off the microphone. M R continued to speak and was first allowed to do so; until, County Administrator Templar told M R said that was enough and told Sheriff Boan to remove M R from the podium. M R then refused to leave and became passive aggressive by sitting on the floor. Mr R was then taken by the arms by Sheriff Boan and Deputy Nelson and escorted to the exit. While being escorted Deputy Nelson fell and M R continued to use profanity and the F word. Sheriff Boan then told M R he was under arrest and handcuffs were placed behind his back and double locked and checked for tightness. M R was placed in Deputy Scott's patrol car and taken to KCDC with a hold placed on him.

Probable Cause - Text Block Following Explanation

**Signed**  _Sheriff Lee Boan II_  
Probable Cause - Explanation Signature Title

Sworn to and subscribed before me, on this 11th day of October, 2022.

**Signed**  _[signature] exp: 3 MAR 2030_  
Probable Cause - Notary Signature Title  
Probable Cause - Notary Text Block

Probable Cause - Closing Text Block

Probable Cause - Determination Heading

Probable Cause - Determination First Text Block

| | |
|---|---|
| 16-17-530 - PUBLIC DISORDERLY CONDUCT | Probable Cause - Determination Options |
| 16-9-320 - RESISTING ARREST | Probable Cause - Determination Options |

FILED FOR RECORD OCT 12 PM 1:42  
JANET C. HASTY  
CLERK OF COURT  
KERSHAW COUNTY, S.C.

ATTEST:

**Signed** _____    **Date / Time** _____  
Probable Cause - Determination Signature Title

Kershaw County Clerk of Courts  
BY: _____