## ROOTE, MARK (#IN2022-01629)

Bin 146



| | | | | | |
|---|---|---|---|---|---|
| Jacket # | 2022-06747 | Deceased | No | Marital Status | Married |
| Sex | Male | Complexion | | Citizenship | |
| DOB | REDACTED - Personal Identifier | Race | White | Country of Birth | UNITED STATES |
| Age | 45 | Ethnicity | Not Specified | | |
| Height | 5' 4" | Last Grade | | State of Birth | NJ |
| Weight | 208 lbs | Religion | | Place of Birth | |
| Build | | | | | |
| Eye Color | Hazel | | | | |
| Hair Color | Gray or Partially Gray | | | | |

**Distinctive Markings**
None

**Current Address** 1079 CORBETT RD, CAMDEN, SC 29020
**Emergency Contact**    REDACTED - Personal Identifier

**Employer**
**Organization Affiliations**
**Occupation**

| | | | |
|---|---|---|---|
| Jacket # | 2022-06747 | SSN | REDACTED - Personal Identifier |

**Inmate Comments**

| | | | |
|---|---|---|---|
| Initial Cell | Intake-Holding Cell 3 | Current Cell | Intake-Holding Cell 3 |
| Booked By | Richardson, David | Held For | Kershaw County Sheriff's Office |
| Booking Date | 10/11/22 19:57 | | |
| Arrest Location | | Arresting Agency | KCSO |
| Court | Default Court | Arresting Officer | Scott, John |
| Billed To | Kershaw County Sheriff's Office | Court Case # | |
| | | Required Cell Checks | |
| Treat As | | | |
| Gets Work Release | No | | |
| Allows Check Out | No | | |

**Hold Reasons**

FBI 760693E62
SID SCO 2469564
NCIC CHECK ✓
FP COMPLETED ✓
LIVESCAN ✓ OR MAILED

**Ticket**
TICKET warrant 5102P0660894 issued by Kershaw, SC
16-9-320 - RESISTING ARREST
  Court Default Court    2,000 c/s  10/12/22 cht

TICKET warrant 5102p0660893 issued by Kershaw, SC
16-17-530 - PUBLIC DISORDERLY CONDUCT
  Court MAGISTRATE    257.50 PR  10/12/22 cht

**Hold Comments**

**Release Date**
**Recipient**
**Release Comments**

**Released By**
**Release Reason**    No PD

I certify that the above information is correct.

Signed _____    Date _____
         ROOTE, MARK

Posted 10/12/22
D. Davis



**KERSHAW COUNTY DETENTION CENTER**
Tyrell D. Cato, Jail Administrator

**JAIL INTAKE ASSESSMENT FORM**
(To be completed by the arresting officer)

Inmate's Name: MARK E. Roote     Date: 10/11/22

1. Yes ___ No ✓   Has this arrestee engaged in any assaultive or violent behavior?
2. Yes ___ No ✓   Has a search of the arrestee uncovered any contraband?
   Circle if applicable:     Drugs     or     Weapons
3. Yes ___ No ✓   Has the arrestee attempted to allude or escape from custody?
4. Yes ___ No ✓   Are you aware of the need to keep this arrestee separated from other persons housed in this facility?
   If yes, who? _____
5. Yes ___ No ✓   Was the arrestee in possession of any prescription medications?
   If yes, what? _____
6. Yes ___ No ✓   Are you aware of this arrestee's consumption/attempted consumption of potentially dangerous levels of alcohol or drugs?
7. Yes ___ No ✓   If known, does any medical condition or injury recently sustained by the arrestee require immediate medical attention; including TASER?
8. Yes ___ No ✓   If known, has arrestee been in a vehicle accident in the past 24 hours?
9. Yes ___ No ✓   Has the arrestee demonstrated behaviors that suggest mental illness?
10. Yes ___ No ✓  Has the arrestee demonstrated behaviors of suicidal tendencies?
11. Yes ___ No ✓  Do you have any other information that may assist this agency in the care and/or custody of this arrestee?
    If yes, explain: _____

John R. Scott
Arresting Officer's Name (please print)

[signature] #28
Arresting Officer's Signature

KCSO
Arresting Officer's Agency

101 Bramblewood Plantation Road
Camden, SC 29020 (803) 425-1516



**Kershaw County Detention Center**
Tyrell D. Cato, CJO, Class 1 LECO
101 Bramblewood Plantation Road, Camden, SC 29020
(803) 900-6247 • Fax: (803) 424-4047

Medical History                                      Printed on October 11, 2022

# ROOTE, MARK (#IN2022-01629)

**Allergies**
No

**Arthritis**
~~No~~ YES

**Behavior Risk**
No

**Birth Control**
No

**Deformities**
No

**Dental Problems**
No

**DT**
No

**Diabetes**
Yes

**Epilepsy**
No

**Fainting**
No

**Fever / Infection**
No

**Heart Conditions**
No

**Hepatitis**
No

**High Blood Pressure**
No

**History**
lower back right knee replaced pin in right shoulder sleep apenea high cholesterol

**HIV / AIDS**
No

**Needs Isolation**
No

**Psych Disorder**
~~No~~ CHRONIC DEPRESSION

**Skin Condition**
No

**Special Diet**
No

**Suicidal**
~~No~~ ~~ever~~

**Suicidal Past**
No

**TB**
No

**Ulcers**
No

**Unconcious**
No

**Under the Influence**
No

**Urinary Problems**
~~No~~ KIDNEY STONES

**VD**
No

**Visible Trauma**
No

**Visible Withdrawal**
No

**Recent Delivery**
No

**Last Delivery Date**

**PPD Administered**
No

**PPD Date Given**

**PPD Date Returned**

**Positive PPD Results**
No

**UA Taken**
No

**UA Date Taken**

**DNA Taken**
No

**DNA Date Taken**

**Pregnant / Months Pregnant**
No

**Medical Notes**
**Signed** _[signature]_                         **Date** 10/11/2022

**PREA Questions**

**Former Victim Of Prison Rape Or Sexual Assault?**
No