EXHIBIT 15 PLACE HOLDER

ELECTRONIC MEDIA

BODY CAM VIDEO

3:25-cv-01392-SAL-SVH    Date Filed 11/17/25    Entry Number 14-15    Page 1 of 1